

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BILL BLASS GROUP LLC,

      *Plaintiff,*

  - *against* -

MORSLY INCORPORATED,

      *Defendant.*

Case No: 09-CIV-4909

### CONSENT ORDER FOR A PRELIMINARY INJUNCTION AS TO MORSLY INCORPORATED

**WHEREAS**, On 13 June 2000, Bill Blass International ("BBI"), entered into a licensing agreement (hereinafter "Agreement") with Morsly Incorporated ("Morsly"), thereby allowing Morsly to use certain trademarks to design, manufacture, promote, sell, and distribute jogging sets, sweatsuits, and other activewear apparel (collectively "Products");

**WHEREAS**, The Agreement was subsequently amended on 08 April 2004 (the "First Amendment"), 28 April 2004 (the "Second Amendment"), 01 July 2006 (the "Third Amendment"), 10 July 2007 (the "Fourth Amendment"), and 13 July 2008 (the "Fifth Amendment"). The Agreement, together with the various Amendments, will collectively be referred to as the "License Agreement."

**WHEREAS**, Bill Blass Group LLC ("BBG") acquired all right, title and interest in the "Blass Marks," which include but are not limited to the list below, and corresponding license agreements in December 2008;

The "Blass Marks"

|    | Serial Number | Registration Number | Word Mark |
|---|---|---|---|
| 1  | 78981058 |         | BB |
| 2  | 78627772 |         | BB |
| 3  | 78918355 |         | BLASS BY BILL BLASS |
| 4  | 78764631 |         | BILL BLASS ESSENTIALS |
| 5  | 78764625 |         | BILL BLASS NUDE |
| 6  | 78325999 | 2910935 | BILL BLASS NEW YORK |
| 7  | 77719192 |         | BILLY BY BILL BLASS |
| 8  | 77719187 |         | BILLY BLASS |
| 9  | 77033135 | 3513071 | BB |
| 10 | 77033094 | 3513070 | BILL BLASS |
| 11 | 76975496 | 2760182 | BABY BLASS |
| 12 | 76557743 | 2951043 | STUDIO BILL BLASS |
| 13 | 76540294 | 2888632 | BB |
| 14 | 76540293 | 2886024 | BILL BLASS HOME DÉCOR |
| 15 | 76536068 | 3107223 | BB |
| 16 | 76330654 | 2759886 | BILL BILL BLASS |
| 17 | 76330653 | 2856344 | BABY BLASS |
| 18 | 76206123 | 2605780 | BILL BLASS |
| 19 | 75597913 | 2288060 | BILL BLASS |
| 20 | 75856001 | 2478584 | BILL BLASS |
| 21 | 75571166 | 2500696 | BILL BLASS AMAZING |
| 22 | 74435985 | 2198701 | BILL BLASS |
| 23 | 74336526 | 1889317 | BILL BLASS |
| 24 | 73609916 | 1434653 | BILL BLASS |
| 25 | 73086349 | 1070427 | BILL BLASS |
| 26 | 72386317 | 949062  | BILL BLASS |
| 27 | 76975043 | 2694121 | BLASSPORT |
| 28 | 76287180 | 2948584 | BLASSPORT |
| 29 | 75728589 | 2571865 | BLASSPORT |
| 30 | 73027730 | 1018060 | BLASSPORT |

**WHEREAS**, Pursuant to the various Amendments, the "Term" of the License Agreement was extended to 31 December 2009;

**WHEREAS,** on 01 January 2009, pursuant to the License Agreement, Morsly was required to make certain payments of Guaranteed Minimum Royalties and Guaranteed Minimum Fees;

**WHEREAS,** Morsly did not make certain payments of Guaranteed Minimum Royalties and Guaranteed Minimum Fees pursuant to the License Agreement on 01 January 2009 or thereafter;

**WHEREAS,** Morsly, via written notice on 28 January 2009, alledged that in 2008 BBI had defaulted under the License Agreement, in that, among other things, it had failed to properly expend the Advertising Minimum pursuant to the License Agreement,;

**WHEREAS,** on 30 March 2009, BBG advised Morsly, via written notice, that Morsly was in default under the License Agreement, as certain payments of Guaranteed Minimum Royalties and Guaranteed Minimum Fees had not been made and further demanded cure within ten days;

**WHEREAS,** on 14 April 2009 BBG provided written notice of termination of the License Agreement to Morsly;

**WHEREAS,** on 26 May 2009, plaintiff, BBG, commenced this action against Morsly;

**WHEREAS,** Morsly denies the allegations asserted by BBG in this action, except to the extent that BBG and Morsly have agreed to the "Whereas" clauses herein;

**WHEREAS,** on 26 May 2009, BBG filed an Order to Show Cause seeking, among other things, a preliminary injunction to enjoin Morsly from continuing to use the Blass Marks;

**WHEREAS,** Morsly represents that it does not have any Products, either completed or in progress, bearing the Blass Marks;

**WHEREAS,** Morsly and BBG agree that the License Agreement is terminated;

**WHEREAS**, BBG and Morsly, by and through their respective counsel, have conferred and have agreed to the terms of a "Preliminary Injunction" concerning Morsly;

**WHEREAS**, BBG and Morsly, by and through their respective counsel, respectfully request that the Court enter this Order to effectuate the terms of the Preliminary Injunction concerning Morsly;

**NOW, THEREFORE**, upon the consent of the parties, and for good cause shown it is hereby:

**ORDERED** that the above recitals are an integral part of this agreement. These recitals are true and correct, are admitted, and the parties are bound thereby;

**ORDERED** that Morsly and its principals, officers, members, employees, agents, affiliates, related-parties, representatives, and/or other persons who are in active concert or participation with the aforementioned individuals or entities are enjoined from any further use of any name or trademark which includes, but is not limited to, "Bill Blass," "BB," "Bill Blass Home Décor," or "Blassport;"

**ORDERED** that Morsly and its principals, officers, members, employees, agents, affiliates, related-parties, representatives, and/or other persons who are in active concert or participation with the aforementioned individuals or entities are enjoined from using any other mark, word, name, or symbol similar to Plaintiff's tradenames or trademarks, including the Blass Marks, which are likely to cause confusions, mistake, or to deceive;

**ORDERED** that Morsly and it principals, officers, members, employees, agents, affiliates, related-parties, representatives, and/or other persons who are in active concert or participation with the aforementioned individuals or entities are enjoined from infringing

Plaintiff's rights in its aforesaid tradenames and trademarks, including the Blass Marks, or using any colorable imitation thereof;

**ORDERED** that Morsly and its principals, officers, members, employees, agents, affiliates, related-parties, representatives, and/or other persons who are in active concert or participation with the aforementioned individuals or entities are enjoined from selling, offering for sale, advertising or distributing any products bearing Plaintiff's tradenames or trademarks, including the Blass Marks, or any colorable imitation thereof;

**ORDERED** that Morsly and its principals, officers, members, employees, agents, affiliates, related-parties, representatives, and/or other persons who are in active concert or participation with the aforementioned individuals or entities are enjoined from diluting and infringing Plaintiff's rights in its aforesaid tradenames and trademarks, including the Blass Marks;

**ORDERED** that within three (3) days of the date of this Order, Morsly will remove any Blass Marks or references to Bill Blass, BBG, or the Blass Marks, if any, from its website and promotional materials, including but not limited to business cards and brochures;

**ORDERED** that on or before _19_ June 2009, Morsly will fully comply with:

(a) §12.1 of the Standard Terms by providing Sales Reports for the following periods to Plaintiff's Counsel:

  a. 2008 (the entire year)

  b. 2009 (year to date)

Dated: New York, New York
29 May 2009

| BALLON STOLL BADER & NADLER, P.C. | JOHN W. HUGHES |
|---|---|
| By: Michael J Sheppeard (MS 9116)<br>msheppeard@ballonstoll.com<br>729 Seventh Avenue - 17th Floor<br>New York, New York 10019<br>Tel. (212) 575-7900<br>*Attorneys for Plaintiff* | By: John W. Hughes  (JWH 2185)<br>jhughes@aagmgmt.com<br>421 Seventh Ave.<br>New York, New York 10001<br>Tel. (212) 714-2185<br>*Attorneys for Morsly* |

SO ORDERED:

JUN 0 1 2009

*George B. Daniels*

Hon. George B. Daniels
United States District Judge

**HON. GEORGE B. DANIELS**